

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : **APPEARANCE** |
| Plaintiff | : |
| vs. | : Civil Action No. 3:01cv-00519(PCD) |
| RICHARD BARRETT, ET AL | : |
| Defendants | : NOVEMBER 4, 2005 |

TO:   Chief Clerk
      United States District Court

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for the plaintiff, John Doe.

Dated: November 4, 2005

                                    _____
                                    Zisca R. Burkley, Esq.
                                    Federal Bar No.: ct22561
                                    Rome McGuigan, P.C.
                                    One State Street
                                    Hartford, CT 06103
                                    Phone: (860)549-1000
                                    Fax: (860) 724-3921
                                    Email: zburkley@rms-law.com

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, this ___ day of November, 2005 to the following:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Jacob Wieselman, Esq.
15565 Village Park Court
Lake Oswego, OR 97034

Julie D. Blake, Esq.
The Blake Law Firm, LLC
P.O. Box 173
197 Dugg Hill Road
East Woodstock, CT 06244

_____
Zisca R. Burkley