UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL NO. 3: 01CV 519 (PCD) |
| V. | : | |
| RONALD BARRETT, ET AL. | : | DECEMBER 27, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendants, John Armstrong, et al., by and through their undersigned counsel and pursuant to Local Rule 7(b) of the Rules of the United States District Court for the District of Connecticut, hereby move this court for a thirty day extension of time, to and including January 27, 2006, within which to answer the complaint in the above case.

The additional time is needed because the undersigned received the mandate of the United States Court of Appeals for the Second Circuit in this case on December 22, 2005, reversing the dismissal of this case, and work on the answer will be delayed due to holiday closings and interruptions.

This is the defendants' first request with respect to this time limitation since receipt of the mandate. Opposing counsel was called to determine her position, but no response was received as of this writing.

WHEREFORE, the defendants request a thirty day extension of time, to and including January 27, 2006, within which to answer the complaint.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
    Robert F. Vacchelli
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Federal Bar #ct05222
    E-Mail:  robert.vacchelli@po.state.ct.us
    Tel:  (860) 808-5450
    Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of December, 2005:

Zisca R. Burkley, Esq.
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2