## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil No. 3:01cv519  (PCD) |
| | : |
| RONALD BARRETT, *et al.*,<br>    Defendants. | :<br>: |

## ORDER FOR SUPPLEMENTAL BRIEFING

On October 11, 2005, the United States Court of Appeals for the Second Circuit issued a mandate [Doc. No. 62] in the above-captioned case, vacating this Court's judgment and remanding the case to this Court for further proceedings.  The Court of Appeals remanded the case to this Court to determine whether Plaintiff's claims had been exhausted in light of the Second Circuit's rulings in <u>Ortiz v. McBridge</u>, 380 F.3d 649 (2d Cir. 2004), <u>Abney v. McGinnis</u>, 380 F.3d 663 (2d Cir. 2004), <u>Giano v. Goord</u>, 380 F.3d 670 (2d Cir. 2004), <u>Hemphill v. State of New York</u>, 380 F.3d 680 (2d Cir. 2004), and <u>Johnson v. Testman</u>, 380 F.3d 691 (2d Cir. 2004), all decided after this Court's dismissal of Plaintiff's claims.  Plaintiff is hereby ordered to submit, on or before July 31, 2006, a memorandum addressing the issue remanded for this Court's consideration.  Defendants shall submit a reply memorandum no later than August 14, 2006.

      SO ORDERED.

Dated at New Haven, Connecticut, July  13 , 2006.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court