## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

JOHN DOE

      v.                                    Civil No.  3:01 cv 519 (PCD)

RONALD BARRETT, JOSE BERRIOS, JOHN J.
ARMSTRONG, KEN AVERY, BELINDA BILLUE,
ESTHER MCINTOSH, MARY MARTO, MARY
JOHNSON, AND UNIVERSITY OF CONNECTICUT
HEALTH CENTER

### JUDGMENT

This matter came before the Honorable Peter C. Dorsey Senior, United States District Judge, on defendants' motion to dismiss.  The Court has reviewed all of the papers filed in conjunction with the defendants' motion and on December 19, 2006, issued a Ruling vacating prior Ruling entered on August 20, 2001 and granting in part and denying in part defendants' motion to dismiss. Judgment shall enter in favor of The University of Connecticut and plaintiff's state law claim of negligent supervision against all defendants are dismissed.

It is therefore ORDERED and ADJUDGED that judgment of dismissal shall enter for The University of Connecticut and the case is closed.

Dated at New Haven, Connecticut, this 20th day of December, 2006.

KEVIN F.  ROWE, CLERK
By

/s/

Patricia A. Villano
Deputy Clerk

EOD: _____