UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL NO. 3:01 CV 519 (PCD) |
| V. | : | |
| RONALD BARRETT, ET AL. | : | APRIL 24, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Counsel for the defendants, John Armstrong, et al., hereby moves to withdraw his appearance for the defendants in the above captioned case.

Withdrawal is requested because the undersigned has been appointed to a new position and will no longer will working in the Connecticut Attorney General's Office. Therefore, the undersigned will no longer be available to represent the defendants.

**WHEREFORE**, counsel for the defendants moves to withdraw his appearance from this case.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following this 24th day of April, 2007:

Zisca R. Burkley, Esq.
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101

                                                /s/
                                    Robert F. Vacchelli
                                    Assistant Attorney General