UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE,<br>    Plaintiff, | : <br> : | CIVIL ACTION:<br>3:01-CV-00519 (PCD) |
| v. | : | |
| RONALD BARRETT, ET AL.<br>    Defendants. | : <br> : | MAY 7, 2007 |

### OBJECTION TO MOTION TO WITHDRAW APPEARANCE

Plaintiff, John Doe, hereby objects to Defendants Motion to Withdraw the Appearance of Assistant Attorney General Robert F. Vacchelli. Viable claims exist against Defendants Jose Berrios, John Armstrong, Ken Avery, Belinda Billue, Esther McIntosh, Mary Marto, and Mary Johnson. Therefore Plaintiff objects to the withdrawal of appearance prior to the filing of an Appearance by substitute counsel from the Attorney General's Office.

WHEREFORE, Plaintiff requests that the Court deny Defendants' counsel's Motion to Withdraw Appearance pending the filing of an Appearance from substitute counsel in this matter.

PLAINTIFF, JOHN DOE

BY  *[signature]*
Zisca R. Burkley
Federal Bar No. ct22561
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
860-549-1000
860-724-3921 (fax)
zburkley@rms-law.com

2

### CERTIFICATION

I hereby certify that on May 7, 2007, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Zisca Burkley*
Zisca R. Burkley

011615\000003\EM2660.DOC