UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,       Plaintiff, | : : : |
| v. | : :    Case No: 3:01cv519 (PCD) |
| RONALD BARRETT[1], JOSE BERRIOS, JOHN J. ARMSTRONG, KEN AVERY, BELINDA BILLUE, ESTHER MCINTOSH, MARY MARTO, MARY JOHNSON, UNIVERSITY OF CONNECTICUT HEALTH CENTER,       Defendants. | : : : : : : : : |

**ORDER**

On December 19, 2006, this Court entered a Ruling vacating a prior ruling [Doc. No. 34] issued by this Court, and granting in part and denying in part Defendants' motion to dismiss [Doc. No. 26]. In the December 19, 2006 Ruling, this Court held that Plaintiff's claims against the University of Connecticut Health Center were barred by the Eleventh Amendment, on sovereign immunity grounds, and were therefore dismissed. (See Ruling on Mot. Dismiss 11-13, Dec. 19, 2006, Doc. No. 70.) The Court also dismissed Plaintiff's state law claim of negligent supervision, (see id. at 13-14), but declined to dismiss Plaintiff's federal claims against the remaining individual defendants, finding that "Plaintiff has plead sufficient facts to create a material issue of fact as to whether Defendants had the requisite level of personal involvement in the alleged constitutional violations," and finding an issue of fact on the question of whether the remaining individual Defendants are entitled to qualified immunity. (See id. at 14-18.)

---

[1] Plaintiff's claims against Defendant Ronald Barrett were dismissed by this Court on March 12, 2002 and Plaintiff was given thirty days to file an amended complaint. Plaintiff, then acting *pro se*, failed to file an amended complaint and failed to appeal this Court's ruling dismissing his case against Barrett.

Accordingly, the Second and Third Counts of Plaintiff's Complaint, claiming, pursuant to 42 U.S.C. § 1983, that Defendants Jose Berrios, John Armstrong, Ken Avery, Belinda Billue, Esther McIntosh, Mary Marto and Mary Johnson were supervisors of Barrett who had personal involvement in the alleged violations of Plaintiff's constitutional rights, were not dismissed.[2]

Following the entry of this Ruling, the clerk erroneously terminated the case. The case shall be reopened and the University of Connecticut Health Center shall be terminated as a defendant. The case shall proceed against individual defendants Jose Berrios, John Armstrong, Ken Avery, Belinda Billue, Esther McIntosh, Mary Marto and Mary Johnson on the Second and Third Counts in Plaintiff's Complaint.

On April 25, 2007, counsel for Defendants, Robert F. Vacchelli, moved to withdraw his appearance for Defendants on the ground that he will no longer be working in the Connecticut Attorney General's Office. Defendants' Motion to Withdraw Appearance [Doc. No. 72] shall be reopened, however, Defendants must obtain substitute counsel to file an appearance on their behalf before this motion can be granted.

For the foregoing reasons, Plaintiff's Motion for Relief from Judgment [Doc. No. 74] is **granted**. Plaintiff's Objection to Defendant's Motion to Withdraw Appearance [Doc. No. 75], docketed as a Motion to Appoint Counsel, shall be **terminated**.

---

[2] The Second Count, asserted against Defendant Jose Berrios, and the Third Count, asserted against Defendants John Armstrong, Belinda Billue, Esther McIntosh, Ken Avery, Mary Marto and Mary Johnson, allege, in pertinent part, that "[t]he treatment of John Doe by Defendants amounted to a violation of the rights of John Doe as guaranteed by the Eighth and Fourteenth Amendments of the United States Constitution, the Connecticut Constitution, and Section 1983 of Title 42 of the United States Code, in that the Defendants showed deliberate indifference to the safety and security of John Doe by failing to prevent the sexual assaults and/or provide adequate attention to the injuries and suffering John Doe sustained during his incarceration." (Compl., Count Two ¶ 48, Count Three ¶ 58.)

SO ORDERED.

                                Dated at New Haven, Connecticut, May  8 , 2007.

                                                /s/
                                     Peter C. Dorsey, U.S. District Judge
                                          United States District Court