UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL NO. 3:01 CV 519 (PCD) |
| V. | : | |
| RONALD BARRETT, ET AL. | : | MAY 15, 2007 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants only, Jose Berrios, John J. Armstrong, Ken Avery, Belinda Billue, Esther McIntosh, Mary Marto, Mary Johnson, and the University of Connecticut Health Center, in the above-captioned case. This appearance is in lieu of the appearance of Assistant Attorney General Robert F. Vacchelli.

Dated at Hartford, Connecticut, this 15th day of May, 2007.

        DEFENDANTS
        Jose Berrios, John J. Armstrong, Ken Avery,
        Belinda Billue, Esther McIntosh, Mary Marto,
        Mary Johnson, and the University of
        Connecticut Health Center

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:_____/s/_____
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Tel.: (860) 808-5450
        Fax: (860) 808-5591
        E-Mail: matthew.beizer@po.state.ct.us
        Federal Bar #ct16304

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of May, 2007:

Zisca R. Burkley, Esq.
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103-3101

Jacob Wieselman
15565 Village Park Court
Lake Oswego, OR 97034

Julie D. Blake, Esq.
The Blake Law Firm, LLC
P.O. Box 173
197 Dugg Hill Road
East Woodstock, CT 06244

Michael E. Eaton, Esq.
Wieselman & Brady
690 Hopmeadow Street
Simsbury, CT 06070

_____/s/_____
Matthew B. Beizer
Assistant Attorney General