# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL ACTION: |
| Plaintiff, | : | 3:01-CV-00519 (PCD) |
| v. | : | |
| RONALD BARRETT, ET AL. | : | |
| Defendants. | : | OCTOBER 3, 2007 |

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for the plaintiff, John Doe.

Dated: October 3, 2007

PLAINTIFF, JOHN DOE

BY

Joseph B. Burns
Federal Bar No. ct00403
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
860-549-1000
860-724-3921 (fax)
jburns@rms-law.com

## <u>CERTIFICATION</u>

I hereby certify that on October 3, 2007, a copy of the forgoing was mailed via first class mail, postage prepaid to the following counsel:

Matthew Beizer, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Joseph B. Burns