UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL ACTION: |
|     Plaintiff, | : | 3:01-CV-00519 (PCD) |
| v. | : | |
| RONALD BARRETT, ET AL. | : | |
|     Defendants. | : | OCTOBER 3, 2007 |

### MOTION FOR CONTINUANCE

On behalf of the Plaintiff, John Doe, the undersigned counsel hereby requests a continuance of the Settlement/Status Conference scheduled for Wednesday, October 3, 2007 at 11 a.m., before PJO Lawrence W. Iannotti.

Attorney Zisca Burkley, counsel for plaintiff, inadvertently failed to calendar the Settlement/Status Conference upon receipt of the E-filed calendar on September 14, 2007, as she was engaged in preparation for the case of Froom Development Corporation v. Developers Realty, Inc., Docket No. X05-CV-05-4004243-S, pending in Stamford Superior Court, Complex Litigation Docket, before the Hon. Michael Shay. She is presently on trial before Judge Shay in that matter.

Attorney Burkley has spoken with AAG Matthew Beizer, who has no objection to this request.

The deposition of the plaintiff is presently scheduled for Tuesday, October 9, 2007, and it is the request of the parties that the Settlement Conference be rescheduled some time after that.

WHEREFORE, Plaintiff requests that the Court reschedule the Settlement Conference.

                                                    PLAINTIFF, JOHN DOE

                                                    BY _____
                                                       Zisca R. Burkley
                                                       Federal Bar No. ct22561
                                                      Joseph B. Burns
                                                      Federal Bar No. ct00403
                                                      Rome McGuigan, P.C.
                                                      One State Street
                                                      Hartford, CT  06103
                                                      860-549-1000
                                                      860-724-3921 (fax)
                                                      jburns@rms-law.com

## CERTIFICATION

     I hereby certify that on October 3, 2007, a copy of the forgoing was mailed via first class mail, postage prepaid to the following counsel:

Matthew Beizer, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                                    */s/ Joseph B. Burns*
                                                    Joseph B. Burns