UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE | : |
| | : |
| -vs- | :  CASE NO. 3:01CV519 (PCD) |
| | : |
| RONALD BARRETT, ET AL. | : |
| | : |

## ORDER TO SHOW CAUSE

Plaintiff's counsel, Zisca Burkley and Joseph Bree Burns, are hereby ordered to show cause, at a hearing on Wednesday, November 7, 2007, at 10:30 a.m., in Courtroom One, United States District Court, 141 Church Street, New Haven, Connecticut, why sanctions should not be ordered due to their failure to attend two separate settlement/status conferences, the first scheduled for Wednesday, October 3, 2007, and the second conference scheduled for this date.

Counsel are further ordered to attend a settlement/status conference on Wednesday, November 7, 2007, at 11:00 a.m. with PJO Lawrence W. Iannotti, with **full authority to settle** this case and the state case in which this plaintiff is involved.

Failure to appear at either, or both, of these hearings shall result in sanctions and possible dismissal of this case.

SO ORDERED.

Dated this 24th day of October, 2007, at New Haven, Connecticut.

/s/
Peter C. Dorsey
U.S. District Judge