UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff, | CIVIL ACTION:<br>3:01-CV-00519 (PCD) |
| v. | |
| RONALD BARRETT, ET AL.<br>    Defendants. | OCTOBER 25, 2007 |

### MOTION FOR CONTINUANCE

On behalf of the Plaintiff, John Doe, the undersigned counsel hereby requests a continuance of the Order to Show Cause hearing (the "Hearing") and settlement/status conference ("Settlement Conference") scheduled for Wednesday, November 7, 2007 at 10:30 a.m. and 11:00 a.m. respectively.

Attorney Zisca Burkley, lead counsel for plaintiff, is in the process of concluding a trial which commenced on October 2, 2007 in the matter of Froom Development Corporation v. Developers Realty, Inc., Docket No. X05-CV-05-4004243-S, pending in Stamford Superior Court, Complex Litigation Docket, before the Hon. Taggart Adams. She is also scheduled to commence a bench trial on October 30, 2007 in the matter of Jennifer Driscoll v. Entertainment Tours, et al., Docket No., KNO-CV-06-5100765-S, pending in the judicial district of New London.

Thereafter, she is scheduled to be on a prepaid vacation out of the country from November 6-13, 2007.

Attorney Burkley is available Monday November 5, 2007, and any date after November 15, 2007. As an alternative to changing the date of both the Hearing and Settlement Conference, counsel requests that the Hearing be rescheduled to Monday November 5, 2007, or any date after November 15, 2007, and represents that Attorney Joseph Burns, co-counsel for Plaintiff, can attend and represent the Plaintiff at the Settlement Conference on November 7, 2007.

WHEREFORE, Plaintiff requests that the Court reschedule the dates for the Order to Show Cause Hearing and Settlement Conference.

PLAINTIFF, JOHN DOE

BY _____
Zisca R. Burkley
Federal Bar No. ct22561
Joseph B. Burns
Federal Bar No. ct00403
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
860-549-1000
860-724-3921 (fax)
jburns@rms-law.com
zburkley@rms-law.com

2

*Rome McGuigan, P.C.* • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATION

I hereby certify that on October 25, 2007, a copy of the forgoing was mailed via first class mail, postage prepaid to the following counsel:

Matthew Beizer, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Joseph B. Burns

011615\000003\EX3359.DOC

3

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726