UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| vs. | : | CIVIL NO. 3:01CV519 (PCD) |
| | : | |
| RONALD BARRETT, ET AL. | : | |
| | : | |

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court, through PJO Iannotti, to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **January 7, 2008** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, December 21, 2007.


ROBERTA D. TABORA, CLERK

By:     /s/
Karin Miller
Deputy Clerk