UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL NO. 3:01CV00519 (PCD) |
| v. | : | |
| RONALD BARRETT, ET AL. | : | NOVEMBER 29, 2007 |

### STIPULATION FOR DISMISSAL

The plaintiff, John Doe, and the defendants, University of Connecticut Health Center, Ken Avery, Belinda Billue, Esther McIntosh, Mary Marto, Jose Berrios, John Armstrong, and Mary Johnson, hereby stipulate that this case may be dismissed as to the above defendants, with prejudice, each party to bear its own costs and attorneys' fees.

PLAINTIFF
John Doe

BY: _____
Zisca R. Burkley
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Federal Bar #ct 22561
E-Mail: zburkley@rms-law.com
Tel.: (800) 549-1000
Fax: (800) 724-3921

12/28/07
Date

DEFENDANTS
University of Connecticut Health Center,
Ken Avery, Belinda Billue, Esther
McIntosh, Mary Marto, Jose Berrios,
John Armstrong, and Mary Johnson

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

11-29-07
Date

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of December, 2007:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Zisca R. Burkley, Esq.
Rome McGuigan, P.C.